THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Daniel Fernanders, Appellant.
 
 
 

Appeal From Spartanburg County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2009-UP-021
 Submitted January 2, 2009  Filed January
9, 2009   

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Harold W.
 Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER
 CURIAM:  Daniel Fernanders appeals
 his convictions of assault of a high and aggravated nature (AHAN) and assault
 and battery of a high and aggravated nature (ABHAN).  Fernanders argues that
 the trial judge erred by instructing the jury on AHAN and ABHAN, because the
 State did not present any evidence of aggravating circumstances to support the
 charges.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Fernanderss appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
WILLIAMS,
PIEPER, and GEATHERS, JJ., concur. 

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.